UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Johnny Keeling,                                                        Civil No. 08-5249 (PAM/SRN)

                 Plaintiff,

v.                                                                     **ORDER**

Commissioner of Corrections,
Lynn Knowles and Dr. Paulson,

                 Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Susan R. Nelson dated July 31, 2009. In the R&R, Magistrate Judge Nelson recommends that Plaintiff's Motion to Cease and Desist be denied and the action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff has not filed objections to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Cease and Desist (Docket No. 8) be **DENIED**; and

2. This Action be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, August 18, 2009

                                                       *s/ Paul A. Magnuson*
                                                       Paul A. Magnuson
                                                       United States District Court Judge